CHERYL ANDREA et al., Appellants, v ARNONE, HEDIN, CASKER, KENNEDY AND DRAKE, ARCHITECTS AND LANDSCAPE ARCHITECTS, P.C. (HABITERRA ASSOCIATES), et al., Defendants, and TIEDE-ZOELLER, INC., Respondent. (Action No. 1.)

MARK FOSTER et al., Appellants, v JAMESTOWN PUBLIC SCHOOLS et al., Respondents, et al., Defendants. (Action No. 2.)

Submitted September 7, 2004; decided September 14, 2004

Appeal, insofar as taken by Timothy Moran, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not in his favor.

EVANGELIA CARAN, Appellant, v HILTON HOTELS CORPORATION et al., Respondents.

Submitted July 26, 2004; decided September 14, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (Karger, Powers of the New York Court of Appeals § 73, at 452 [3d ed]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, alternatively, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.